[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED JMK
1/20/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Fahad Syed ) | **Case Number**: 1:21-cv-267 |
| ) | |
| Plaintiff ) | **Judge:** Honorable Mary M. Rowland |
| ) | |
| v. ) | **Magistrate Judge:** Honorable Maria Valdez |
| Northwestern University ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S EMERGENCY MOTION FOR HEARING ON PRELIMINARY INJUNCTIVE RELIEF AGAINST DEFENDANT NORTHWESTERN UNIVERSITY

Plaintiff, Fahad Syed, hereby moves the court for an emergency hearing on his Application for Preliminary Injunction, Temporary Restraining Order, and Expedited Discovery Against Defendant Northwestern University, pursuant to FRCP Rule 65.

Plaintiff requests the hearing be held on the basis of the following documentation and evidence which have been filed with this court: (1) The Application for Preliminary Injunction, Temporary Restraining Order, and Expedited Discovery ("the Motion"); (2) Plaintiff's Affidavit in Support of His Motion with Exhibits 1-77 Attached; and (3) Plaintiff's Memorandum of Law included within the Motion.

All of the above documentation was served upon defendant's counsel via Odyssey E-File in state court action 2021-CH-00106 on or around January 11th, 2020, along with the summons and other case initiating documents.

On January 15th, 2021, Defendant NU Counsel Scott Warner and Karen Courtheoux, filed for the removal of 2021-CH-00106 to federal court case 1:21-cv-267, indicating at that time that they "look forward" to addressing Plaintiff's claims after proper service and noticing before this court. At the time of their filing for removal, Defendant Counsel filed all of the aforementioned documentation with this court.

Given that the original state court action was initiated, in part, on the basis of obtaining the preliminary injunctive relief requested in the Motion, and the imminent irreparable harm presented by unnessarily and arbitrarily interrupting and delaying Plaintiff's legal education, and the Defendant having been fully served, noticed, and briefed on the subject of proposed relief, I Plaintiff respectfully moves this court to set an immediate hearing on this issue at it's earliest possible convenience. Plaintiff can provide unaltered copies of all documentation upon request.

**/s/ Fahad Syed**
**244 E Pearson St. Apt. 711**
**Chicago, IL 60611**
**773-564-0325**
**syed.216@gmail.com**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]