IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| FAHAD SYED, | ) | |
| | ) | |
| Plaintiff[s], | ) | |
| | ) | |
| vs. | ) | CASE NO. 21-cv-00267 |
| | ) | |
| NORTHWESTERN UNIVERSITY, et al. | ) | Hon. Mary Rowland |
| | ) | |
| Defendant[s]. | ) | Magistrate Judge Maria Valdez |

**PLAINTIFF'S MOTION FOR ALL SUMMONS ISSUED AND SERVICE OF PROCESS ON ALL DEFENDANTS,**

Plaintiff, Fahad Syed, Pro Se, moves the Court to issue summons on all defendants in this case and to direct the U.S. Marshal to serve the summons and complaint, on the grounds that Plaintiff cannot afford to prepay the cost of a process server. In support of its motion, Plaintiff states the following:

1.  On or around January 15, 2021 Defendant NU filed for a removal of state action 2021-CHI-00106. (the "Removal"). Removal, Dkt. #1

2.  On January 19, 2021, APPLICATION by Plaintiff Fahad Syed for leave to proceed in forma pauperis. Dkt. #6

3.  On January 19, 2021, MOTION by Plaintiff Fahad Syed for attorney representation. Dkt. #7

4. On January 22, 2021, Plaintiff Fahad Syed filed a document styled "Application for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery" (the "Motion"). Motion, Dkt. #9.

5. On January 23, 2021, EXHIBIT by Plaintiff Fahad Syed Statement of Pubic Benefits regarding APPLICATION by Plaintiff Fahad Syed for leave to proceed in forma pauperis (6) , MOTION by Plaintiff Fahad Syed for attorney representation (7). Dkt. #20.

6. On January 25, 2021, Plaintiff's motion to proceed in forma pauperis 6 is denied as moot. Plaintiff's motion for attorney representation 7 is denied without prejudice. Dkt. #25

7. On February 4, 2021, COMPLAINT Resized filed by Fahad Syed; Jury Demand. (the "Complaint"). Complaint, DKT. #30.

8. On February 8, 2021, MOTION by Plaintiff Fahad Syed for reconsideration regarding exhibit 20 , MOTION by Plaintiff Fahad Syed for attorney representation , MOTION by Plaintiff Fahad Syed for leave to appeal in forma pauperis. Dkt. #38.

9. On February 11, 2021, at 5:39 PM Plaintiff emailed all of the summons required for his case to Intake_ILND@ilnd.uscourts.gov.

10. On February 16, 2021, at 4:09 PM Plaintiff emailed all of the summons required for his case to Intake_ILND@ilnd.uscourts.gov.

11. On February 20, 2021, at 12:02 AM Plaintiff emailed all 45 completed USM-285 forms required in his case to Intake_ILND@ilnd.uscourts.gov and Temporary_E-Filing@ilnd.uscourts.gov

12. In light of these considerations, Plaintiff moves the court to issue summons on all defendants in this case and to direct the U.S. Marshal to serve the summons and complaint, on the grounds that Plaintiff cannot afford to prepay the cost of a process server.

13. Defendant's will not suffer prejudice by the granting of this Motion, and Plaintiff is filing this motion to aid the Court's resolution of the Complaint and Motion.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Fahad Syed, respectfully requests that the Court to issue summons on all defendants in this case and to direct the U.S. Marshal to serve the summons and complaint, on the grounds that Plaintiff cannot afford to prepay the cost of a process server.

Dated: February 20th, 2021          Respectfully submitted,

By: _/s/Fahad Syed_____
Fahad Syed
244 E Pearson St. Apt. 711
Chicago, IL 60611
Tel: 773-564-0325
Syed.216@gmail.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that this MOTION FOR ALL SUMMONS ISSUED AND SERVICE OF PROCESS ON ALL DEFENDANTS was served on 2/20/21 through ECF notification on all counsel of record:

**SCOTT L. WARNER**

**KAREN L. COURTHEOUX**

**SCOTT.WARNER@HUSCHBLACKWELL.COM**
**KAREN.COURTHEOUX@HUSCHBLACKWELL.COM**

**HUSCH BLACKWELL LLP**

**120 SOUTH RIVERSIDE PLAZA, SUITE 2200 CHICAGO, IL 60606**

**(312) 655-1500**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that [he/she] verily believes the same to be true.

By: _/s/ Fahad Syed_____

**Fahad Syed**