IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAHAD SYED, ) | |
| ) | |
| Plaintiff[s], ) | |
| ) | |
| vs. ) | CASE NO. 21-cv-00267 |
| ) | |
| NORTHWESTERN UNIVERSITY, ) | Hon. Mary Rowland |
| ) | |
| Defendant[s]. ) | Magistrate Judge Maria Valdez |

**PLAINTIFF'S MOTION TO SUPPRESS CONTENTS OF RECORDINGS**

Comes now the Plaintiff, Fahad Syed (hereinafter the "Plaintiff"), Pro Se, and moves this Court to suppress contents of recordings indicated in this lawsuit from use by Northwestern University in his expulsion proceedings pursuant to 725 ILCS 5/108A-9. In support of this Motion, the Plaintiff states as follows:

1.  On August 23, 2020, Plaintiff Fahad Syed was targeted for harassment on the basis of perceived disability by current NU student Evangeline Gargula and subjected to two instances of felony eavesdropping wherein the contents of two (2) of his private phone conversations with Gargula were illegally recorded without his consent, knowledge, or permission. The first call ("Call #1") took place at 1:08 AM and the second call ("Call #2") took place at 1:18 AM.

2.  Plaintiff was subjected to at least two more instances of felony eavesdropping when the aforementioned recordings were submitted to NU by Gargula, resulting in Plaintiff's

suspension from NU, where he was a student, later that day. He was expelled on the basis of the audio tapes on 1/21/21.

      3.      According to 725 ILCS 5/ § 108A-9. Motion to Suppress Contents of Recording, (a) Any aggrieved person in any judicial or administrative proceeding may move to suppress the contents of any recorded conversation or evidence derived therefrom on the grounds that: (1) the conversation was unlawfully overheard and recorded. Given that these conversations were clearly unlawfully recorded, and therefore unlawfully overheard by all who listened to them and made some sort of decision over them, Plaintiff has clear grounds under the statute to move for the suppression of the contents of the records for use in NU disciplinary proceedings.

      4.      On 2/5/2021 at 2:56 PM CST, Plaintiff Fahad Syed filed a digital exhibit of Call #1. (Dkt. #31)

      5.      On 2/18/2021 at 3:15 PM CST, Plaintiff Fahad Syed filed a digital exhibit of Call #2. (Dkt. #53)

      6.      On January 22, 2021, Plaintiff Fahad Syed filed a document styled "Application for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery" (the "Motion"). Motion, Dkt. #9. The Motion is 50 pages long, including 135 numbered paragraphs and many non- numbered paragraphs, and covers a significant breadth of claims and issues.

      7.      Specifically, the Motion indicates that Plaintiff asserts claims under the Eavesdropping Act, 720 ILCS 5/14-2, *et seq* The Motion also makes allegations in connection with other federal and state causes of action. In support of the Motion, Plaintiff has filed approximately 90 exhibits.

      8.      On 1/25/2021 at 3:42 PM CST, Defendant, Scott Warner, filed a response in opposition to Plaintiff's motion.

9. Plaintiff filed a complaint to accompany the motion on 2/4/2021 at 12:11 PM CST, (the "Complaint"). Complaint, Dkt. #30. The Complaint is 285-pages long and includes 185 counts, most of which pertain to Northwestern University and its counsel, Scott Warner, his co-counsel, and law firm.

10. Specifically, the Complaint indicates that Plaintiff asserts claims under the Eavesdropping Act, 720 ILCS 5/14-2, *et seq.* The Complaint also makes allegations in connection with other federal and state criminal causes of action. In support of the Complaint, Plaintiff has filed approximately 107 exhibits.

11. Plaintiff now alerts the court that the total number of felons in case Chicago Police Department Case JD 419862, associated with his case, includes: (1) Desiree Hanford, Medill School of NU, Sanctions Panel Member, (2) Melissa Sersland, Medill School of NU, Sanctions Panel Member, (3) Sam Milgrom, Student Affairs Sanctions Panel Member, (4) Ron A. Alexander III, Assistant Director of Residential Life and Community Standards, who coordinated Disciplinary Sanctions Panel, (5) Jeremy Schenk, Student Affairs, who coordinated Appeal Review, and (6) All THREE people on the appeal review panel consisting of three members of NU community and staff.

12. Exhibit 93 is Plaintiff's sanctioning panel outcome letter from his December 18, 2020, Sanctioning Panel. Exhibit 94 is the letter he received on January 21, 2021, letter from Jeremy Schenk, the Appellate Panel Coordinator, informing Plaintiff that the Appellate Panel met to consider the appeal he submitted concerning the outcome of the Office of Equity and Office of Community Standards investigation, of which he was notified on December 1, 2020 and the UHAS Sanctioning Panel outcome, of which he was notified on December 22, 2020.

13. In light of these considerations, Plaintiff moves the to suppress contents of recordings indicated in this lawsuit from use by Northwestern University in his expulsion proceedings pursuant to 725 ILCS 5/108A-9.

14. Defendant Northwestern University will not suffer prejudice by the granting of this Motion, and Plaintiff is filing this motion to aid the Court's resolution of the Motion.

## **PRAYER FOR RELIEF**

WHEREFORE, for the reasons set forth herein, the Plaintiff requests that this Court enter an order to suppress contents of recordings indicated in this lawsuit from use by Northwestern University in his expulsion proceedings pursuant to 725 ILCS 5/108A-9.

Dated: March 1st, 2021   Respectfully submitted,

By: _/s/Fahad Syed_____
Fahad Syed
244 E Pearson St. Apt. 711
Chicago, IL 60611
Tel: 773-564-0325
Syed.216@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this **MOTION TO SUPPRESS CONTENTS OF RECORDINGS** was served on 3/1/21 through ECF notification on all counsel of record:

**SCOTT L. WARNER**

**KAREN L. COURTHEOUX**

**SCOTT.WARNER@HUSCHBLACKWELL.COM
KAREN.COURTHEOUX@HUSCHBLACKWELL.COM**

**HUSCH BLACKWELL LLP**

**120 SOUTH RIVERSIDE PLAZA, SUITE 2200 CHICAGO, IL 60606**

**(312) 655-1500**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that [he/she] verily believes the same to be true.

By: _/s/ Fahad Syed_____

**Fahad Syed**