[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Fahad Syed )
Plaintiff(s) )
)  Case Number: 1:21-cv-00267
v. )
Northwestern University )
) Judge: Honorable Mary M. Rowland
Defendant(s )
)

## MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1. I, __Fahad Syed_____, declare that I am the (check appropriate box)
   ☑ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**

   Legal Aid Chicago, Illinois Guardianship and Advocacy Association, ACLU, Council on American Islamic Relations         **Peoples Law Firm**
   **Illinois Department of Human Rights**         **Loevy & Loevy**
   **Department of Education**
   but I have been unable to find an attorney because:

   All were under-staffed and under-resourced and did not have capacity.

3. I declare that (check all that apply):
   *(Now:)*
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | | |
|---|---|---|
| | [X] | I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct. |
| | [ ] | I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status. |
| 5. | [✔] | I declare that my highest level of education is (check one): |

    ☐ Grammar school    ☐ Some high school    ☐ High school graduate
    ☐ Some college    ■ College graduate    ☐ Post-graduate

6. [ ] I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. [✔] I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. [✔] I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_      **2901 N Lincoln Ave.**
Signature of Movant      Street Address

**5/9/21**      Chicago, IL, **60657**
Date      City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]